IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BURT D. BARNETT, | ) | CASE NO.: 8:19-cv-512 - JFB-SMB |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| H.H. HALL RESTAURANT OF KEARNEY 3, INC., | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 16) of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.

DATED this 21st day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge